# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

FUNG YING LEUNG, *et al.*,

        Plaintiffs,

v.

COUNTRYWIDE HOME LOAN ASS-LP, *et al.*,

        Defendants.

2:12-cv-01393-JCM -VCF

**O R D E R**

(Motions To Amend Complaint #5 & #6)

Before the court are *pro se* plaintiffs Fung Ying Leung and Wai Hung Ha's Motion To Amend Complaint (#5) and Amended Motion To Amend Complaint (#6).

**Background**

On August 7, 2012, *pro se* plaintiffs Leung and Ha filed their complaint. (#1). On the same day, summons were issued as to defendants Countrywide Home Loan Ass-LP, Mortgage Electronic Registration Systems, Inc., and Ocwen Home Loans Servicing, LP. (#4). On August 17, 2012, plaintiffs Leung and Ha filed the motion to amend their complaint. (#5). On August 20, 2012, plaintiffs Leung and Ha filed an amended motion to amend their complaint (#6), and provided the court with a proposed amended complaint (#6-1).

**Motion To Amend**

Pursuant to Federal Rule of Civil Procedure 15, "[a] party may amend its pleading once as a matter of course within 21 days after serving it, or if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A) and (B). Defendants have not yet filed an answer to the original complaint, and plaintiffs Leung and Ha filed the instant motions (#5 & 6) on August 17, 2012 and August 20, 2012. Thus, plaintiffs Leung and Ha may amend their complaint "as a matter of course," without seeking leave of the court. *Id.*

Accordingly, and for good cause shown,

IT IS ORDERED that *pro se* plaintiffs Fung Ying Leung and Wai Hung Ha's Motion To Amend Complaint (#5) and Amended Motion to Amend Complaint (#6) are DENIED as unnecessary.

IT IS FURTHER ORDERED that the Clerk of the Court shall file the Amended Complaint (#6-1).

DATED this 28th day of August, 2012.

**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**

2