# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FUNG YING LEUNG, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.,<br><br>Defendant(s). | 2:12-CV-1393 JCM (VCF) |

**ORDER**

Presently before the court is defendant BAC Home Loans Servicing LP's motion for clarification of judgment. (Doc. # 25). No responses or replies have been filed.

Three defendants filed a motion to dismiss the amended complaint. (Doc. # 11). Other defendants filed a joinder to the motion to dismiss. (Doc. # 20). In this mortgage fraud case, this court dismissed all of plaintiffs' claims with prejudice. (Doc. # 23). The clerk of the court entered judgment in favor of Merscorp, Inc., Mortgage Electronic Registration Systems, Inc., Ocwen Home Loans Servicing LP, and BAC Home Loan Ass-Inc, and against the plaintiff.

Defendants BAC Home Loans Servicing LP and Countrywide Home Loan Servicing LP move the court to amend the judgment to include them. The court finds that BAC Home Loans Servicing LP was improperly omitted off of the clerk's judgment. However, Countrywide Home

**James C. Mahan**
**U.S. District Judge**

1  Loan Servicing LP has already been terminated.[1]

2  Accordingly,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant BAC Home

4  Loans Servicing LP motion for clarification of judgment (doc. # 25) be, and the same hereby, is

5  GRANTED consistent with the foregoing.

6  IT IS FURTHER ORDERED that the clerk of the court shall file an amended judgment.

7  DATED March 27, 2013.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

---

[1] Countrywide had already been terminated from this case.  Plaintiffs listed Countrywide in the caption of the amended complaint; however, plaintiffs did not allege any causes of action against Countrywide in the body of the complaint.  Countrywide was terminated from the case on the date that plaintiffs filed the amended complaint.  Countrywide's termination from the case is reflected in the caption on CM/ECF.